WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jason Lee Runyan, | ) | No. CV 11-00983-PHX-RCB (SPL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| City of Phoenix, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice, and good cause appearing,

IT IS ORDERED that this case is dismissed in its entirety, with prejudice, each party to bear their own costs and attorneys fees.

DATED this 3rd day of May, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28